UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BEENA PATEL | No. 17 CR 297<br><br>Judge Sara L. Ellis |

### GOVERNMENT'S REVISED EXHIBIT LIST

The UNITED STATES OF AMERICA, through its attorney, JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, hereby submits the attached Government's Revised Exhibit List. Exhibits that are stricken are to indicate that the government no longer intends to introduce that exhibit at trial.

April 9, 2019

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: */s/ Heather K. McShain*
Heather K. McShain
Ankur Srivastava
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604

## Government's Revised Exhibit List – April 9, 2019

| Exhibit Number | Description |
| --- | --- |
| 1 | Grand Jury Transcript of Beena Patel, October 15, 2015 |
| 1a | Excerpts of Grand Jury Transcript of Beena Patel, October 15, 2015 |
| 2 | Grand Jury Transcript of Beena Patel, July 14, 2016 |
| 2a | Excerpts of Grand Jury Transcript of Beena Patel, July 14, 2016 |
| 3 | Personnel File: Beena Patel |
| 4 | Personnel File: Sivasubramani Rajaram |
| 5 | Personnel File: Pinal Patel |
| 6 | Personnel File: Banu Rajaram |
| 7 | Personnel File: Wasiu Fashina |
| 8 | Extraction results: Beena Patel's cell phone (phone ending 0828) |
| 8a | Select text messages recovered from extraction of Beena Patel's cell phone (phone ending 0828) |
| 8b | September 20, 2015 voicemail message recovered from extraction of Beena Patel's cell phone (phone ending 0828) |
| 9 | Transcript of September 15, 2015 voicemail message recovered from extraction of Beena Patel's cell phone (phone ending 0828) |
| 10 | Grand Jury Transcript of Sivasubramani Rajaram October 1, 2015 |
| 11 | Grand Jury subpoena for Sivasubramani Rajaram, date of service of September 20, 2015 |
| 12 | Grand Jury subpoena for Pinal Patel, date of service of September 29, 2015 |
| ~~13~~ | ~~Bank One Records of Nimesh Gheewala~~ |
| 14 | JP Morgan Chase Records of Nimesh Gheewala |
| 15 | Extraction results: Sivasubramani Rajaram's cell phone (phone ending 8315) |
| 15a | Select text messages recovered from extraction of Sivasubramani Rajaram's cell phone (phone ending 8315) |
| 16 | IL Secretary of State: Articles of Incorporation for Goat Masters |
| 17 | Goat Masters Promissory Note (dated 8/17/2014) |
| 18 | Goat Masters Promissory Note (dated 8/27/2014) |
| 19a | AT&T Records: subscriber information: Beena Patel cell phone (phone ending 0828) (08/10/2014-09/30/2015) |
| 19b | AT&T Records: toll records: Beena Patel cell phone (phone ending 0828) (08/10/2014-09/30/2015) |
| 20a | AT&T Records: subscriber information for Sivasubramani Rajaram cell phone (phone ending 8315) (08/26/2015-10/06/2015) |
| 20b | AT&T Records: toll records for Sivasubramani Rajaram cell phone (phone ending 8315) (08/26/2015-10/06/2015) |
| 21a | T-Mobile records: subscriber information: Sivasubramani Rajaram cell phone (phone ending 8315) (08/10/2014-08/26/2015) |

| | |
|---|---|
| 21b | T-Mobile records: toll records: Sivasubramani Rajaram cell phone (phone ending 8315) (08/10/2014-08/26/2015) |
| 22 | Illinois State Board of Elections Records of Friends of Dorothy Brown, donations attributed to Nimesh Gheewala |
| ~~23~~ | ~~Friends of Dorothy Brown records~~ |
| 24 | Photo of Dorothy Brown |
| 25 | Photo of Benton Cook |
| 26 | Photo of Wasiu Fashina |
| 27 | Photo of Nimesh Gheewala |
| 28 | Photo of Beena Patel |
| 29 | Photo of Pinal Patel |
| 30 | Photo of Sivasubramani Rajaram |
| 31 | Photo of Banutharakeswari Sivasubramani |
| 32 | AT&T Subscriber information for phone number 847-724-0759 |
| 33 | Audio of Grand Jury Testimony of Beena Patel, October 15, 2015 |
| 33a | Excerpts of Audio of Grand Jury Testimony of Beena Patel, October 15, 2015 (to conform with Exhibit 1a) |
| 34 | Audio of Grand Jury Testimony of Beena Patel, July 14, 2016 |
| 34a | Excerpts of Audio of Grand Jury Testimony of Beena Patel, July 14, 2016 (to conform with Exhibit 2a) |
| 35 | Summary Exhibit Pursuant to FRE 1006 of Text and Toll Records, Exhibits 8, 19a, 19b, 20a, 20b, 21a, 21b, 32 |